IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 19-66716-LRC |
| CLAUDINE VICTORIA CARNEVALE | ) |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |

### APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY
### REAL ESTATE AGENT TO MARKET AND SELL PROPERTY

The Application of William J. Layng, Chapter 7 Trustee, respectfully represents:

1.

On October 18, 2019, the above-named debtors filed a Chapter 7 case. Applicant is the duly qualified and acting Chapter 7 Trustee in this case.

2.

Applicant, as Chapter 7 Trustee, desires to employ Tony Money, a licensed real estate broker with the firm of ReMax Prestige, 2520 Northwinds Parkway, Suite 270, Alpharetta, GA 30009, to market and sell: **1 Kings Walk NE, Atlanta, GA 30307.** The trustee has chosen this real estate agent for the reason that he believes this agent is well qualified to perform the work required in this case, is experienced in the matters for which marketing and selling of real estate services are required, has particular knowledge of the properties to be sold and the area in which it is located, and can be relied upon to put forth his best efforts. This application is filed pursuant to 11 U.S.C. 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

3.

Property of the Debtor's estate includes real property located at: **1 Kings Walk NE, Atlanta, GA 30307.** The trustee believes that he may be able to sell the property for an amount sufficient to pay the secured claims on the properties and make a distribution to unsecured creditors as well. The professional services the real estate agent is to render include the advertising, marketing and selling of this property of the estate.

4.

To the best of Applicant's knowledge, Tony Money and ReMax Prestige have no connections with the Debtor, any creditors or any other parties in interest in this case. Tony Money and ReMax Prestige are "disinterested" as that term is defined in 11 U.S.C. 101(14). Tony Money and ReMax Prestige represent no interest adverse to the debtor or the estate in connection with this matter, and its employment would be in the best interest of the estate.

5.

To the best of the trustee's knowledge, neither the real estate broker, the firm nor any broker, agent, partner, or associate in the firm has any connection with the trustee, the debtor, any creditor, or any party in interest or their respective attorney or accountant, or the United States Trustee, except that the firm, broker, or agent may have performed normal real estate services for the trustee in other bankruptcy cases. A statement by this agent/firm, given in compliance with Bankruptcy Rules 2014 and 5002, is attached as Exhibit "A".

6.

No previous application for employment of a real estate agent for the property has been made to this Court in this case. Applicant submits that it would be in the best interest of the estate to employ Tony Money and ReMax Prestige because the firm is well qualified to market and sell the property. Tony Money and ReMax Prestige request a seven percent (6%) commission in the event of a successful sale of the property. If the debtor pays the trustee for the equity in the property Tony Money and ReMax Prestige then Tony Money and ReMax Prestige will be entitled pending Court approval of a flat fee not to exceed $500.00. The property will need mold remediation and the cost of this is estimated to be $6,000.00. Tony Money may pay for this pre-sale and if so the trustee will request that Tony Money be reimbursed these expenses at the closing of the property.

7.

Any contract for sale negotiated by Tony Money shall be subject to approval of the United States Bankruptcy Court after notice and hearing.

8.

The trustee believes the appointment of Tony Money and his company, ReMax Prestige, under the provisions expressed herein to be in the best interest of the estate.

WHEREFORE, Applicant prays that the Court approve the employment of Tony Money and ReMax Prestige on the terms and for the purposes set forth in this application, and that the Court grant such other and further relief as may be just and proper.

Dated: 1/2/2020

/s/ William J. Layng
William J. Layng Bar No. 441550
Chapter 7 Trustee
2451 Cumberland Pkwy, Suite 3477
Atlanta, GA 30339
Phone: (404) 276-4749
Email: blayng@wlaynglaw.com

EXHIBIT "A"

STATE OF GEORGIA
COUNTY OF Fulton

RE: CLAUDINE VICTORIA CARNEVALE
CHAPTER 7; CASE NUMBER: 19-66716-LRC

**STATEMENT GIVEN UNDER BANKRUPTCY RULES 2014 AND 5002**

The affiant hereby makes solemn oath:

I am a real estate broker with ReMax Prestige, having offices located 2520 Northwinds Parkway, Suite 270, Alpharetta, GA 30009.
1. To the best of my knowledge:

    a. I am, and every person in my firm is, a "disinterested person", as defined by 11 U.S.C. 101(14), with respect to the above-mentioned debtor:
    b. Neither I nor any member of this firm:
        i. hold or represent an interest adverse to this estate;
        ii. have had any business, professional or other connections with the Debtor, the Debtor's attorneys, or any party at interest in this case which would be adverse to this estate;
        iii. are related to any Judge of this Court, nor so connected now or in the past with any Judge of this Court as to render such appointment of employment improper; and
        iv. according to the best of my knowledge, information and belief, have any connection with the trustee, the Debtor, any of the creditors of this estate, any other known party in interest, with their attorneys and accountants, with the United States Trustee, or with any person employed in the Office of the United States Trustee.

_____
Tony Money

Sworn to and subscribed before
Me this 27 day of December 2019

_____
Notary Public

Expires: May 2, 2021

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-66716-LRC |
| CLAUDINE VICTORIA CARNEVALE ) | |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day served all interested parties in the foregoing matter with a copy of the **Trustee's Application to Employ Real Estate Agent**, by depositing in the United States mail a copy of same in a properly addressed envelope with sufficient postage affixed thereon, addressed as follows:

United States Trustee
362 Richard Russell Bldg
75 Ted Turner Dr, SW
Atlanta, GA 30303

Tony Money
ReMax Prestige
2520 Northwinds Parkway, Suite 270
Alpharetta, GA 30009

Claudine Victoria Carnevale
1 Kings Walk Ne
Atlanta, GA 30307

William A. Rountree
Rountree Leitman & Klein, LLC
Century Plaza I, Suite 175
2987 Clairmont Road
Atlanta, GA 30329

Executed: 1/2/2020

By: /s/ William J. Layng
William J. Layng Bar No. 441550
Chapter 7 Trustee
2451 Cumberland Pkwy, Suite 3477
Atlanta, GA 30339
Phone: (404) 276-4749
Email: blayng@wlaynglaw.com